*258
 
 Battle, J.
 

 The very broad and extensive power given by the 3rd chapter of the Revised Code, to every court in the State, from the Supreme Court down to the lower tribunals, “ to amend any process, pleading or proceeding” in any action, “either in form or substance, for the furtherance of justice, on such terms as shall be just, at any time before judgment rendered thereon,” will certainly extend to the case of a petition to lay out and establish a public road. Why should it not ? There is certainly as much necessity for the exercise of the power in such a proceeding as in any other, and we are unable to discover, even the pretense of a reason, why an act, which it has been said, “ allows any thing to be amended at any time,” should be more restricted in a case like the present, than in any other process, pleading or proceeding, in any other kind of action; see
 
 Lane
 
 v.
 
 Seaboard and Roanoke Rail Road Co
 
 mpany, 5 Jones’ Rep. 25, and all the cases there cited and commented upon.
 

 Per Curiam,
 

 Judgment affirmed.